No. 78–1780. CROWELL, SECRETARY OF STATE OF TENNESSEE, ET AL. *v.* MADER ET AL. Appeal from D. C. M. D. Tenn. Judgment vacated and case remanded with directions to dismiss cause as moot.

No. 78–6659. BLAKE *v.* THOMPSON, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Jackson* v. *Virginia,* 443 U. S. 307 (1979).

No. 78–6840. CORLEY *v.* UNITED STATES. Ct. App. D. C. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of position presently asserted by the Solicitor General in his memorandum filed August 31, 1979. MR. JUSTICE REHNQUIST and MR. JUSTICE STEVENS dissent.

No. 79–110. KENTUCKY *v.* MARTIN. Ct. App. Ky. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Kentucky* v. *Whorton,* 441 U. S. 786 (1979).

No. A–1060 (O. T. 1978). NASH ET AL. *v.* CHANDLER ET AL. C. A. 5th Cir. Application for stay or to vacate injunction, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–12. CHAFFIN *v.* THOMAS, SHERIFF. C. A. 5th Cir. Application for stay and bail, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.